## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GARY DUNSWORTH AND CYNTHIA DUNSWORTH,

        Respondents

        v.

THE DESIGN STUDIO AT 301, INC.,

        Petitioner

:   No. 690 MAL 2016
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.